**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Task Force Officer Jessie Barbosa, being duly sworn, state as follows:

**Introduction and Agent Background**

1.      I have been employed as a Massachusetts State Police Trooper since January 2019. I completed the 84th Recruit Training Troop of the Massachusetts State Police Academy in June 2019 where I acquired more than 3,000 hours of training in criminal law and procedure and criminal investigations. I am currently in the Division of Homeland Security and Preparedness (DHS) assigned to the Anti-Terrorism Unit / Hate Crimes Awareness and Response Team ("ATU/HART") as an investigator. I have been with the ATU/HART since October 2024, and I am assigned to the FBI Joint Terrorism Task Force ("JTTF") of the Boston Division of the FBI as a Task Force Officer. My primary duties with the ATU/HART Unit include the investigation of suspicious activity related to Massachusetts and federal laws. I hold a bachelor's degree in criminal justice from Bridgewater State University with a Minor in Spanish. In my role as investigator assigned to the ATU/HART and in my role as a JTTF TFO I have investigated and participated in various investigations involving violent crimes, domestic terrorism, and hate crimes.  During the course of these investigations, I have conducted interviews of victims, witnesses, and suspects, analysis of social media, and physical and electronic surveillance; assisted in the execution of arrest and search warrants, and reviewed pertinent records and evidence. From these experiences and the training related to counterterrorism matters, I have become familiar with how individuals conduct criminal activity in-person and online, to include but not limited to the efforts for individuals to obfuscate their identity and activity to avoid detection by law enforcement.

2.      As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to interstate threats, extortion, and

cyberstalking, including but not limited to violations of 18 U.S.C. § 875 and 18 U.S.C. § 2261A.

3.    I am currently investigating Arthur Franklin Zschintzsch ("ZSCHINTZSCH") (YOB 1973), a 53-year-old U.S. citizen who resides in Clinton, Missouri. ZSCHINTZSCH was previously known as Arthur Franklin Watts, Jr. until he legally changed his name in 2004 to Arthur Franklin ZSCHINTZSCH.

4.    This affidavit is being submitted in support of a criminal complaint charging ZSCHINTZSCH with making interstate threats, in violation of 18 U.S.C. § 875(c) and (d) (the "TARGET OFFENSE").  The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience and the training and experience of other agents who have worked on threats, extortion, and cyberstalking investigations for years.  This affidavit is being submitted for the limited purpose of establishing probable cause in support of the requested criminal complaint. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

### STATEMENT OF PROBABLE CAUSE

**ZSCHINTZSCH's Conduct and Threats to Victims**

5.    ZSCHINTZSCH was employed by Company 1[1], a software company located in Dover, Massachusetts, as an IT consultant from November 1, 2025, to March 30, 2026. ZSCHINTZSCH worked remotely from Missouri.  Prior to hiring ZSCHINTZSCH, Company 1

---

[1] The identity of the company is known to investigators.

became aware that ZSCHINTZSCH was convicted in Missouri of multiple felony offenses involving his ex-wife and children in September of 2021, to include Burglary, Tampering with Service of Utility or Institution, Child Abduction, and a misdemeanor for Violations of Order of Protection for Adult.

6.      I spoke to a detective from the Dover, Massachusetts Police Department ("DPD") regarding threatening emails, text messages and communications sent to Company 1 between March 17, 2026, and April 9, 2026. I have also spoken to employees of Company 1 and reviewed the emails and text messages at issue.

7.      On March 19, 2026, Victim 1,[2] an employee of Company 1 who resides in Massachusetts, reported to the FBI National Threat Operations Center ("NTOC") that ZSCHINTZSCH, who was then still an employee of Company 1, made threats against the company and other employees of the company.  According to the referral, on Tuesday, March 17, ZSCHINTZSCH participated in team call with other members of Company 1 and at 11 a.m. and then emailed a fellow employee stating he was ill and intended to take time off.  Around noon that day, a ransom demand arrived demanding $2 million be paid into an offshore account, the firing of one employee, and communication exclusively via WhatsApp at a specified number. The note threatened to release source code, expose the company's hiring of a convicted felon, and send a damaging article to the New York Times if the demands were not met.

8.      On March 17, 2026, at approximately 12:13 PM, Victim 1 and Victim 2, both employees of Company 1 who reside in Massachusetts, received an email on their respective Company 1 business email accounts. The email subject line read "Ransom." The email read:

First condition:

---

[2] The identity of all the victims in the matter is known to investigators but is being withheld to protect their privacy.

2 million in the offshore bank of my choosing or everything is toast and copies of your repos are sold to the highest bidder.

Second Condition:
[Victim 3] must be fired and not brought back. That fucking asshole needs to be gone.

Third Condition:
[Victim 1], I will only communate to you through Whatsapp +1-xxx-xxx-0219.[3]

The most begnine code can do the most devastating things. You hired a felon and then kept fucking me over knowing this was the only well paying job I could get, what did you was going to happen? Continue to let you fuck me over? I had fingers in everything.

Seriously, I managed all security and had admin access to all of our clients and repos.

If I am arrested all of your repos are automatically leaked on the web (have backups as insurance plans). If you send people after me or have a warrent put out, same thing. Also it would be interesting to see the fallout if your customers knew you hired a Felon to work on their servers and they went down as a result. Speaking of that, I have article ready to send to Forbes, New York Times, etc., as well as emails to your clients spilling it all.

9.      The sender's email was listed as Art Zinch<art.zinch@[company1].com. This is the company email address assigned to ZSCHINTZSCH.

10.     On March 18, 2026, from approximately 3:21 AM EST to 01:06 PM EST, Victim 1 received approximately 230 text messages through the WhatsApp application from phone number xxx-xxx-0219.  Some of those messages are reproduced below:

   a. "YOU FUCKERS ARE RUNNING OUT OF TIME. BTW THE TIMER IS A RANDOM VALUE UNDER 100 IN MINUTES. A BIG PARTY IF ME SAYS FUCK THE MONEY AND JUST HUNT EACH OF YOU FUCKERS DOWN.

---

[3] The complete phone number was communicated in the email but is redacted here.

[VICTIM 2]'S A DEADMAN. DO NOT FUCK WITH THIS MUTHERFUCKER YOU GOT THAT BICTH!!!"

b. "TICK TOCK, WHERES MY FUCKING MONEY!!!!! I SPENT A YEAR PLANNING THIS. YOU CANNOT TRACE WHAT IVE DONE."

11.    Pictures of several of the text messages are included below:

  



12.     I was able to determine that phone number xxx-xxx-0219 was subscribed to by ZSCHINTZSCH. Open-source research revealed that phone number xxx-xxx-0219 was issued by Verizon. Records provided by Verizon for xxx-xxx-0219 show the subscriber to be Arthur ZSCHINTZSCH with a specific address in Clinton, Missouri. Moreover, Victim 1 informed me that ZSCHINTZSCH provided Company 1 with telephone number xxx-xxx-0219 on his consultant agreement.

13.     On March 21, 2026, ZSCHINTZSCH sent an email from a Gmail address that included a variation of his name ("the Gmail Address") to Company 1 employees, Victim 1, Victim 2, Victim 4, Victim 5,[4] and to all-staff@[Company1].com.  The message read:

---

[4] Victim 5 lives in Florida.  Victims 1, 2, and 4 live in Massachusetts.

WHEN I DEVELOPED THE CODE TO MOVE THE CUSTOMERIDS IN DAILYDEMAND I ALSO CAME UP WITH THIS CRAZY IDEA: WOULDNT IT BE FUNNY TO HIDE SOME CODE TO RANDOMLY CHANGE CUSTOMER WITH HISTORY OF RANDOMLY CHANGE THE VENDORIDS ON A PO?

REMEMBER THAT FUCKER [VICTIM 2] MADE EVERYONE STORE THEIR PASSWORDS IN TEXT FILES ON A FUCKING NETWORK? OR HOW ABOUT THAT I HAVE ALL YOUR PASSWORDS? HOW COULD I PASS THAT OPPORTUNITY?

SURPRISE MOTHERFUCKERS!!!

[VICTIM 2] YOU ARE DICK SUCKING MOTHERFUCKER AND I HAVENT FORGOTTEN YOU

YOU DUMB MOTHERFUCKERS HIRED HIGHLY TRAINED IT EXPERT AND A FELON! WHAT FUCK DID YOU THINK WAS GOING TO HAPPEN WHEN YOU FUCKED ME OVER AND OVER KNOWING THIS IS THE ONLY FUCKIN IT JOB I COULD GET AND THAT I WAS A FUCKING SLAVE? MY CHOICES WHERE THIS FUCKING JOB OR BURGER KING. WELL IVE TAKEN THE THIRD OPTION, TO FUCK YOU ALL OVER.

ATTENTION MOTHERFUCKERS NOW YOU WILL GIVE ME THE 2 MILLION AND A CREDIT CARD WITH A MILLION DOLLAR CAP WITH A ZERO COLLAR BALANCE

THEN NEXT I STRIP EVERYTHING DOWN AND START EXPOSING YOU OR YOU CAN EXPOSE YOURSELVES AND TELL PEOPLE WHO YOU REALLY ARE ALL THOSE WICKED THOUGHTS AND THINGS YOU HIDE PRETENDING TO BE "GOOD PEOPLE". THE NICER THE PERSON THE MORE SKELETONS IN THE CLOSET WE ARE ALL BEASTS AND WE HIDE WHO WE ARE FOR OTHERS BUT MAKE OURSELVES LIARS!

THIS IS WHY I AM TRUE TO MY REAL SELF AND PUSH MYSELF TO THE DEPTHS OF DARKNESS FOR THAT IS WHO I REALLY AM AND WILL PUT FEAR INTO YOUR HEARTS

THIS IS ART ZSCHINTZSCH AND I AM COMING FOR YOU SOON[5]

---

[5] The email then contained twos links to stories about the arrest underlying his prior conviction in Missouri.

DO YOU SEE ANY REGRET IN MY FACE? I WAS ONLY THERE TO LEARN THE SYSTEM AND ITS HYPOCRISY ON A SECOND THOUGHT, I WILL TAKE MY FAMILY BACK NOW [VICTIM 9] IS A DEADMAN !

14. I believe that the Gmail Address was used by ZSCHINTZSCH. Not only does the email address contain his name, but ZSCHINTZSCH gave that email address to Gmail as a recovery email for a different email account he had with Gmail, as outlined below.

15. On March 25, 2026,[6] at approximately 6:22 AM, another email was received by Victim 8, Victim 6, and Victim 5, all of whom are employees of Company 1,[7] titled "DO THIS OR ELSE" from a different email address ("the second Gmail address") which read:

FORWARD THIS TO ALL [COMPANY 1] STAFF OR I WILL COME FOR YOU FIRST. IM HOPING YOU DISOBEY ME BECAUSE YOU ALL ARE PUSSIES, YOU LIE AND HIDE WHAT YOU ARE BEHIND THESE PATHETIC SHELLS. YOU HYPOCRITES! YOU ALL ARE ANIMALS HIDING AS POEPLE. I WILL SHOW YOU THE TRUE NATURE OF WHAT YOU ALL ARE.

I WILL KNOW WHO OBEYED AND WHO DID NOT. YOU DO NOT UNDERSTAND WHAT I AM OR WHAT IM CAPABLE OF DOING, WHICH IS EVERYTHING. I EAT MY OWN SHIT, PAINT IT ON MY BODY, AND I SLEEP IN MY PISS AND SHIT. YOU WILL REGRET HELPING MAKE ME.

TIME TO PUT ALL YOUR IP/SEC UP FOR SALE ON THE DARK WEB

THE BIDDING WILL START AT 10 MILLION

---

[6] Dover Police informed me that two days later, on March 27, 2026, ZSCHINTZSCH texted Victim 11, a family member who lives in Iowa: "HAHAHA YOU STUPID MOTHERFUCKERS. THIS IS ALL PART OF THE PLAN, MY PLAN TO AVENGE MYSELF AGAINST ALL WHO FUCKED ME OVER INCLUDING YOU, YOU FUCKING SON OF A BITCH. WHEN I GET YOU FIRST IM TAKING YOUR BALLS OFF, YOU FUCKING LOSER, YOU'VE NEVER ACCOMPLISHED ANYTHING IN YOURE LIFE, YOU JUST WANT TO BE LAZY AS POSSIBLE. NEXT IS (VICTIM 12), I WILL MAKE HER SUCK MY DICK IN FRONT OF YOU, THEN YOU WILL WATCH (MINOR VICTIM 1) FUCK (MINOR VICTIM 2). THEN DEAR BROTHER THEY WILL CHEER ON AS THEY WATCH ME CARVE YOU UP. MAYBE EAT SOME LIVER?"

[7] Victim 6 lives in Massachusetts; Victims 5 and 8 do not.

[VICTIM 2] I SWEAR TO FUCKING CHRIST IM GOING TO KILL YOU VERY SOON

16. Records from Google for the Second Gmail Address show the subscriber as "Torn Spine," the Gmail Address as the recovery email address, the user phone number as xxx-xxx-0219, and a term of service IP address of IP: 63.241.158.129. As noted above, the xxx-xxx-0219 number is subscribed to by Arthur Zschintzsch with a specific address in Clinton, Missouri.

17. On March 30, 2026, at approximately 10:20 PM EST, Company 1 sent ZSCHINTZSCH a formal notice of termination for the consulting agreement between Company 1 and Art of SQL, LLC, a company owned by ZSCHINTZSCH, dated November 1, 2025. The termination notice was sent to the email address associated with the Art of SQL, LLC ("the Business Email Address").

18. On April 10, 2026, Victim 1 notified the Dover Police Department that an email was received by Victim 1 from the Business Email Address. ZSCHINTZSCH stated in that email that he would be medically transferred to the United States by the United States Government.[8] He also admitted to sending the past threatening email and apologized for his actions. Victim 1 confirmed the email belongs to ZSCHINTZSCH and recognized the email as being the same email he provided when completing employment paperwork prior to working for Company 1.

19. Company 1 employees Victim 5, Victim 6, and Victim 7[9] received text messages with similar language on April 9, 2026, from ZSCHINTZSCH's cellphone number xxx-xxx-0219. The text message read, in part:

> Guys, my apologies for the things that occurred recently. I got hooked on a drug I didn't understand and its ruined my life. Ive sent an apology to

---

[8] As outlined below, ZSCHINTZSCH is presently located in Cairo.

[9] Victim 6 lives in Massachusetts; Victim 5 lives in Florida and Victim 7 lives in Illinois.

[Victim 1] and wanted to tell you personally that i am sorry for what transpired. Im currently in a hospital ICU in Cairo, Egypt waiting medical evac to the states. Again, my apologies

20.     On April 6, 2026, a Foreign Dissemination Request (FDR) to Legat Cairo, Egypt was submitted to verify ZSCHINTZSCH's location. According to the FDR response, ZSCHINTZSCH was located in a hospital in Cairo, Egypt after suffering an accident, and said that he planned to return to United States after recovery.

21.     On April 27, 2026, an inquiry to United States Customs and Border Protection (CBP) was submitted requesting all passport entry and travel data information under ZSCHINTZSCH's various names, Arthur Franklin Watts Jr., Arthur Franklin ZSCHINTZSCH, and Arthur Zinch (which is how ZSCHINTZSCH requested that his name be reflected in Company 1's computer system). I was informed that ZSCHINTZSCH departed the United States from Newark, New Jersey, (EWR) to San Jose, Costa Rica, (SJO) on November 1, 2025. Open-source research of ZSCHINTZSCH's social media accounts on Instagram, TikTok, and X (Twitter) indicate that ZSCHINTZSCH had been traveling to the following countries from October 2025: Costa Rica, Greece, Spain, Romania, Turkey, and Egypt.

**Victims' Reactions to the Threatening Conduct**

22.     I am aware that at least five Company 1 employees, including Victims 1, 2, 4, filed police reports with their local police departments out of fear for their safety and their families' safety.

23.     I am aware that, because of ZSCHINTZSCH's threatening communications, some employees and their families left their homes to stay in hotels and short-term rentals for weeks at a time due to concerns for their personal safety concern, including Victims 1 and 2. Victim 2 also sent his or her child to stay out of state temporarily.

10

24.     I am aware that Victim 1 personally attended his children's preschool to meet with the administration and make them aware of the threats made against his family and children and to ask for additional security precautions.

25.     I am aware that certain victims—specifically, Victims 1, 2, and 4—have also sustained a significant financial loss by having to install multiple cameras and alarm systems at their homes in an effort to protect their families.   Company 1 also suffered financial losses, including costs associated with enhanced security.

### Summary

26.     Over the course of several weeks, between March 17, 2026, and April 9, 2026, ZSCHINTZSCH transmitted multiple threatening, harassing, and extortionate messages to victims of Company 1. Specifically, on March 18, 2026, he sent the following threats to Victim 1, who resides in Massachusetts: "I gonna filet each of you while you still breath and then I'm going to eat some of you…… make your family do the same…  I'll torture you before you di or maybe after your balls are off I will turn you into ghastly face to  live with."   He also threatened to sexually assault Victim 1's family members.   On March 21, 2026, he sent a threatening email to Victims 1, 2, and  4, that read in part: "This is Art Zschintzsch and I am coming for you soon," and [Victim 9] "is a dead man;" and on March 25, 2026, he threatened [Victim 2] "I swear to fucking christ I'm going to kill you very soon."

## CONCLUSION

27.    Based on all of the foregoing, I respectfully submit that there is probable cause to believe that between on or about March 18, 2026 and on or about April 9, 2026, Arthur Franklin ZSCHINTZSCH transmitted in interstate or foreign commerce any communication containing any threat to injure the person of another, to wit: Victims 1, 2, and  4, in violation of 18 U.S.C. § 875(c).

*Jessie C. Barbosa by JCB*
_____
Jessie C. Barbosa
Task Force Officer
Federal Bureau of Investigation

Sworn to me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 on this __13__ day of June 2026.

_____
HON. JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

12